No. 98–536. OLMSTEAD, COMMISSIONER, GEORGIA DEPART-MENT OF HUMAN RESOURCES, ET AL. *v.* L. C., BY ZIMRING, GUARDIAN AD LITEM AND NEXT FRIEND, ET AL. C. A. 11th Cir. [Certiorari granted, 525 U. S. 1054 and 1062.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 98–405. RENO, ATTORNEY GENERAL *v.* BOSSIER PARISH SCHOOL BOARD; and

No. 98–406. PRICE ET AL. *v.* BOSSIER PARISH SCHOOL BOARD. D. C. D. C. [Probable jurisdiction noted, 525 U. S. 1118.] Motion of the Solicitor General for divided argument granted.

No. 98–830. AMOCO PRODUCTION CO., ON BEHALF OF ITSELF AND THE CLASS IT REPRESENTS *v.* SOUTHERN UTE INDIAN TRIBE ET AL. C. A. 10th Cir. [Certiorari granted, 525 U. S. 1118 and 1130.] Motion of Wyoming for leave to participate in oral argument as *amicus curiae* and for additional time for oral argument denied without prejudice to filing a motion to divide time with petitioners. Motion of the Solicitor General for divided argument granted. JUSTICE BREYER took no part in the consideration or decision of these motions.

No. 98–7264. COERS *v.* TEXAS GUARANTEED STUDENT LOAN CORPORATION ET AL. C. A. 5th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [525 U. S. 1137] denied.

No. 98–7814. LOWE *v.* POGUE ET AL. C. A. 10th Cir.; and

No. 98–8150. SCHWARZ *v.* FEDERAL BUREAU OF INVESTIGA-TION. C. A. 4th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioners are allowed until April 19, 1999, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 98–8007. RAMIREZ *v.* UNITED STATES. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until April 19, 1999, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 98–8353. IN RE SEATON. Petition for writ of habeas corpus denied.